IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELRIC V. SHELBY,  3:12-cv-01030-HU

        Petitioner,  ORDER

  v.

OREGON BOARD OF PAROLE AND
POST-PRISON SUPERVISION,

        Respondent.

SIMON, Judge

    Petitioner's motion for voluntary dismissal (#25) is GRANTED. This proceeding is DISMISSED, without prejudice. A certificate of appealability is DENIED.

    IT IS SO ORDERED.

    DATED this 14th day of January, 2013.

                                      Michael H. Simon
                                      United States District Judge

1 - ORDER